December 29, 2014

Abel Acosta
Clerk of the Court
P.O Box 12308
Austin Texas, 78711

80,528-02

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

JAN 05 2015

Abel Acosta, Clerk

RE: Kevin Menniefee v. The State of Texas
   Trial Court No # 28736A-8b
   Writ number # WR-80,528-02

Dear Abel Acosta

   Enclosed Please find the following instrument to be filed in your office in the above reference cause number Please date stamp this letter Please file and notify me of the fileing by sending me this date stamp letter or any notification.

   • Affidavit of Indigence
   • 6 month TDCJ inmate trust fund account verification

   I want to thank you in advance for your assistance in this matter.

Respectfully Submitted

Kevin Menniefee #1727174

STATE OF TEXAS  §  Trial Court # 28736A-86

COUNTY OF WALKER  §  Writ No # WR-80,528-02

## AFFIDAVIT OF INDIGENCE

My name is Kevin Menniefee my date of birth is Feburary 8, 1980 my inmate identifying number is 1727174, I am presently incarcerated in TDCJ-Ellis Unit in Huntsville, Walker County Texas. I declare under Penalty of Perjury that the foregoing is true and correct and I have Personel Knowledge of facts Civ. Prac & Rem Code Ann § 132001 Acts 2011. Executed the ___29___ day of __December__ 2014.

I have no goverment entitlements (interest or income;

I work in the capicity of involuntary servitude and have no emrloyment income

I have no other income (interest, dividends etc;

I have no property owned;

I have no cash or checking account;

I have no dependents debt or monthly expenses; and

I am unable to pay cost of this cause, rule of civil procedure 145.

Sincerly Yours

*Kevin Menniefee*

__Kevin Menniefee__
Affiant

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        12/29/14
E072/HCH3305             IN-FORMA-PAUPERIS DATA                  15:54:25
TDCJ#: 01727174 SID#: 07850084 LOCATION: ELLIS         INDIGENT DTE:
NAME: MENNIEFEE,KEVIN                      BEGINNING PERIOD: 05/01/14
PREVIOUS TDCJ NUMBERS: 01442084
CURRENT BAL:        100.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:      185.00
6MTH DEP:           245.00 6MTH AVG BAL:       21.94 6MTH AVG DEP:       40.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
10/14.      61.71           20.00        07/14      53.07          0.00
09/14      108.88          115.00        06/14      59.07         60.00
08/14       45.26           50.00        05/14      45.16          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Waller
ON THIS THE 29 DAY OF December ,2014 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



H. CHENEVERT
Notary Public, State of Texas
My Commission Expires
02-13-2015
Notary Without Bond